FILED
2013 SEP 27 PM 3:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
KEITH D. YANDELL (BAR NO. 233146)
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., erroneously sued
as Wells Fargo Home Mortgage

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| J. CHRIS WALSH, an individual, and J. CHRIS WALSH, Trustee of The JCW Separate Property Trust Dated 7/28/03,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., a business entity of unknown form, NDEX WEST, LLC, a business entity of unknown form, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. SACV13-01526 CJC (RZx)<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>(Local Rule 83-1.4.1) |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

810145.01/SD

| | |
|---|---|
| 1 | **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE** |
| 2 | **HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:** |
| 3 | **PLEASE TAKE NOTICE** that Defendant Wells Fargo Bank, N.A., |
| 4 | erroneously sued as Wells Fargo Home Mortgage ("Wells Fargo"), hereby provides |
| 5 | the Court with notice of all pending actions or proceedings that involve all or a |
| 6 | material part of the subject matter of the above-captioned action in compliance with |
| 7 | Central District Local Rule 83-1.4.1. |
| 8 | Wells Fargo is unaware of any pending actions or proceedings that involve all |
| 9 | or a material part of the subject matter of the above-captioned action. |
| 10 | |
| 11 | Dated: September 27, 2013        ALLEN MATKINS LECK GAMBLE |
| 12 |                                                          MALLORY & NATSIS LLP |
| 13 |                                                          By: _____ |
| 14 |                                                          JOSI KENNON SWONETZ |
| 15 |                                                          Attorneys for Defendant |
|    |                                                          WELL FARGO BANK, N.A. |